**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:22-CV-00068** |
| | ) | |
| **PAULINE MAGIN, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT BNSF RAILWAY COMPANY'S**
**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the

Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for BNSF

Railway Company hereby disclose the following organizational interests:

1.      If the subject organization is a corporation,

      a.  Its parent companies or corporations (if none, state "none"): Burlington Northern Santa Fe, LLC, a limited liability company.

      b.  Its subsidiaries not wholly owned by the subject corporation (if none, state "none"): None.

      c.  Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"): National Indemnity Company, a Nebraska corporation, is the sole member of Burlington Northern Santa Fe, LLC. National Indemnity Company is a subsidiary of Berkshire Hathaway, Inc. Berkshire Hathaway, Inc. is a publicly traded company.

2.      If the subject organization is a limited liability company or a limited liability

partnership, its members and each member's state of citizenship: None.

Dated this 21st day of September, 2022.

Respectfully submitted,


_/s/ Sean P. Hamer_

| | |
|---|---|
| Sean P. Hamer | MO # 48153 |
| Scott R. Ast | MO # 51699 |
| Paula Brown | MO # 45870 |
| Kelly L. Murphy | MO # 72573 |
| Alex A. McKenna | MO # 72024 |

SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
T: (816) 268-9400/F: (816) 268-9409
Email: shamer@sakg.com
        sast@sakg.com
        pbrown@sakg.com
        kmurphy@sakg.com
        amckenna@sakg.com

*Attorneys for Defendant*
*BNSF Railway Company*