# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO.: 2:22-CV-00068-RLW |
| PAULINE MAGIN, et al. | ) ) |

## NOTICE OF NEXT FRIEND APPOINTMENTS

As ordered by the Court [Doc. 12], BNSF Railway Company ("BNSF") provides the Court with documents concerning the next friend appointments of Angelika Salazar as the next friend of minor N.N., Shaun Phan, as the next friend of minor A.P., and Thinh Mai, as the next friend of minors A.M. and A.M. BNSF also provides the Court with documents concerning the next friend appointment of Tami Lakey as the next friend of minor A.L.

1. In the Circuit Court of Chariton County, Missouri case of *Shaun Phan, et al. v. BNSF Railway Company, et al.*, Case No.: 22CH-CC00022, Shaun Phan petitioned the court for an order appointing him as next friend of minor A.P., and on July 22, 2022, the Court in that case entered its Order appointing Shaun Phan as the next friend of minor A.P. See **Exhibit 1**, Petition for Appointment of Next Friend and Consent for Appointment; **Exhibit 2**, Order Appointing Next Friend.

2. In the Circuit Court of Chariton County, Missouri case of *Shaun Phan, et al. v. BNSF Railway Company, et al.*, Case No.: 22CH-CC00022, Thinh Mai petitioned the court for an order appointing him as next friend of minors A.M. and A.M., and on July 22, 2022, the Court in that case entered its Order appointing Thinh Mai as the next friend of minors A.M. and A.M. See

**Exhibit 3**, Petition for Appointment of Next Friend and Consent for Appointment; **Exhibit 4**, Order Appointing Next Friend.

3. In the Circuit Court of Chariton County, Missouri case of *Daniel Holsapple, et al. v. BNSF Railway Company, et al.,* Case No.: 22CH-CC00024, Angelika Salazar petitioned the court for an order appointing her as next friend of minor N.N., and on July 25, 2022, the Court in that case entered its Order appointing Angelika Salazar as the next friend of minor N.N.  See **Exhibit 5**, Petition for Appointment as Next Friend and Consent for Appointment; **Exhibit 6**, Order of Appointment.

4. In the Circuit Court of Chariton County, Missouri case of *Estevan Carreon, et al. v. MS Contracting, LLC, et al., et al.*, Case No. 22CH-CC00029, Tami Lakey applied for an order appointing her as next friend of minor A.L, and on August 17, 2022, the Court in that case entered its Order appointing Tami Lakey as the next friend of minor A.L.  See **Exhibit 7**, Application and Motion to Be Appointed of Next Friend and Consent for Appointment as Next Friend; **Exhibit 8**, Order Appointing Next Friend.

Respectfully submitted,

 /s/ Sean P. Hamer
Sean P. Hamer         MO # 48153
Scott R. Ast          MO # 51699
Paula Brown           MO # 45870
Kelly L. Murphy       MO # 72573
Alex A. McKenna       MO # 72024
SCHARNHORST AST KENNARD GRIFFIN, P.C.
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
T: (816) 268-9400/F: (816) 268-9409
Email: shamer@sakg.com
       sast@sakg.com
       pbrown@sakg.com
       kmurphy@sakg.com
       amckenna@sakg.com

>Mark S. Landman  (*Pro Hac Vice Pending*)
>LANDMAN CORSI BALLAINE & FORD, P.C.
>120 Broadway, 13th Floor
>New York, New York 10271
>T: (212) 238-4800/F: (212) 238-4848
>Email: mlandman@lcbf.com
>
>John A. Bonventre (*Pro Hac Vice Pending*)
>LANDMAN CORSI BALLAINE & FORD, P.C.
>One Gateway Center, 22nd Floor
>Newark, NJ 07102
>T: (973) 623-2700/F: (973) 623-4496
>Email: jbonventre@lcbf.com
>
>*Attorneys for Plaintiff BNSF Railway Company*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of October 2022, a true and accurate copy of the foregoing was filed through the Court's CM/ECF electronic filing system, which will serve notification upon all interested parties.

>*/s/ Sean P. Hamer*
>Attorney