# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| **BNSF RAILWAY COMPANY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:22-cv-00068 |
| | ) |
| **PAULINE MAGIN, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPOINTMENT OF NEXT FRIEND

Counsel for Defendants herein hereby provides Notice of the Appointment of the Next Friend by Judge Terry Tschannen of the Circuit Court of Chariton, County, Missouri, 9th Judicial Circuit. The Order of Appointment is hereby attached as **Exhibit 1**.

In filing this Notice, Defendants herein are expressly not waiving their objections to the jurisdiction of this Court and their right to remand this matter back to the Circuit Court of Chariton County.

Respectfully submitted,

**DAVIS, BETHUNE & JONES, LLC**

By: /s/ Grant L. Davis
Grant L. Davis,         34799(MO)
Timothy C. Gaarder,     56595(MO)
1100 Main Street, Suite 2930
Kansas City, Missouri 64105
Tel.   (816) 421-1600
Fax.   (816) 472-5972
gdavis@dbjlaw.net
tgaarder@dbjlaw.net

*Attorneys for Defendants*
*Pauline Magin;*
*Angelika Salazar, individually; and*

*N.N., a minor, by and through his Next Friend, Angelika Salazar.*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 1st day of November, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

                                  /s/    *Grant L. Davis*
                              ***Attorney for Defendants herein named***