IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-CV-00068-RLW |
| | ) | |
| PAULINE MAGIN, on behalf of all | ) | |
| Wrongful Death Beneficiaries for the death of | ) | |
| KIM HOLSAPPLE, deceased,[1] | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Benjamin T. Friesen of the firm Kuckelman Torline Kirkland, Inc. hereby enters his appearance as counsel for Defendants Tiffany Powers, Nick Cook, and Brandon Beggs as wrongful death heirs of Rachelle Cook; and Tiffany Powers, Pauline Magin, William Magin, and Brent Powers individually.

Dated: November 2, 2022

---

[1] This case caption created by BNSF is incorrect. The underlying lawsuit involving the wrongful death of Kim Holsapple, filed in state court in Chariton County, Missouri (*Daniel Holsapple, et al. v. BNSF Railway Company, et al.*, Case No. 22CH-CC00024), identifies Daniel Holsapple and David Towers as the individuals bringing claims for the wrongful death of Kim Holsapple.

{00651946}                                                    1

Respectfully submitted,

/s/ Benjamin T. Friesen
Michael J. Kuckelman        #41489
Stephen J. Torline          #49483
Benjamin T. Friesen         #67377
KUCKELMAN TORLINE KIRKLAND
10740 Nall, Suite 250
Overland Park, Kansas 66211
P :  913-948-8610 / F: 913-948-8611
mkuckelman@ktk-law.com
storline@ktk-law.com
bfriesen@ktk-law.com
***Attorneys for Defendants Tiffany Powers, Nick Cook, and Brandon Beggs as wrongful death heirs of Rachelle Cook; and Tiffany Powers, Pauline Magin, William Magin, and Brent Powers individually***

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/CEF system which will send a notice of electronic filing to all counsel of record.

/s/ Benjamin T. Friesen
Attorney