```
***  GUEST REWARDS CUSTOMER   ***
***  ELECTRONIC TICKET  ***        *** TD PRINTED ON 27JUN ***
313CBC       RR HL 29JUN    CTC-P              1092.00/
-01@ PHAM/NGOC
  * INFANT NAME: PHAN ANDREA
-02@ PHAN/SHAUN
-03@ MAI/THINH
-04@ PHAM/VY
-05@ PHAM/DUNG
-06@ PHAM/NGOAN
-07@ M⊤/A⊤
-08@ M⊤/A
TRIP  ⊥ *
  1      4 C  KCY-CHI   728A MO 27JUN  250P  27JUN  YB          *L  HK8
301@ T SEG #  1 BASIS    6F    2H /P1-8
   * AP  BOF1  RAIL FARE    546.00
TRIP  2
  2      3 C  CHI-KCY   250P WE 29JUN 1000P  29JUN  YB          *E  HK8
302@ T SEG #  2 BASIS    6F    2H /P1-8
   * AP  BOF1  RAIL FARE    546.00
101@  VI***********9226-11/24
   * NGOC PHAM
5017@ FQTV   -   9018170887/P1
5007@ EMAIL -
     I-TITIPHAM996@YAHOO.COM
5008@ NOTIFY - E 00 HOUR 30 MINS
5015@ BILLING-   NGOC PHAM
                 4942 N COLLEGE AVE
                 KANSAS CITY,MO,64119
5009@ REMARK-
     TCVERSION_TCTIMESTAMP:2.9.16~26-MAY-22 23.00.31.013 PM
5010@CREATED BY INTERNET
5011@IPADDRESS/2605:A601:AF35:CC00:55F0:22A7:1DE5:6A7B, 23.205.100.187,
5012@ 184.51.151.68, 10.0.143.44
5013@OMNICHANNEL:INTERNET:VERSION-
5018@00807509:TRN 4(25) IS DELAYED 3+ HOURS. CHECK TS FOR UPDATES.
5019@106ACN * INFO SENT TRN: 4 BOARDING: 6/27/2022 07:28:00 AM
5020@ACN * DISP: ANSWERING MACHINE DROPPED, NO MESSAGE - 2022-06-27 07:06:57
5016@ ZIPCODE-  64119
5001@ DOB-   :   71996/P1
5002@            1981/P2
5003@            1983/P3
5004@            1987/P4
5005@            1965/P5
5006@            1962/P6
7002@ EKT 1460747606205 SEG #1 VI   $78.00      /P1  EL1237ETK27JUN0924A
7003@ EKT 1460747606213 SEG #1 VI   $78.00      /P2  EL1237ETK27JUN0924A
7004@ EKT 1460747606221 SEG #1 VI   $78.00      /P3  EL1237ETK27JUN0924A
7005@ EKT 1460747606239 SEG #1 VI   $78.00      /P4  EL1237ETK27JUN0924A
7006@ EKT 1460747606247 SEG #1 VI   $78.00      /P5  EL1237ETK27JUN0924A
7007@ EKT 1460747606254 SEG #1 VI   $78.00      /P6  EL1237ETK27JUN0924A
7008@ EKT 1460747606262 SEG #1 VI   $39.00      /P7  EL1237ETK27JUN0924A
7009@ EKT 1460747606270 SEG #1 VI   $39.00      /P8  EL1237ETK27JUN0924A
7010@ EKT 1460747606288 SEG #2 VI   $78.00      /P1
7011@ EKT 1460747606296 SEG #2 VI   $78.00      /P2
7012@ EKT 1460747606304 SEG #2 VI   $78.00      /P3
7013@ EKT 1460747606312 SEG #2 VI   $78.00      /P4
7014@ EKT 1460747606320 SEG #2 VI   $78.00      /P5
7015@ EKT 1460747606338 SEG #2 VI   $78.00      /P6
7016@ EKT 1460747606346 SEG #2 VI   $39.00      /P7
7017@ EKT 1460747606353 SEG #2 VI   $39.00      /P8
901@  NONE
902@  NONE
903@  NONE
```

EXHIBIT

5

```
904@   NONE
905@   NONE
906@   NONE
907@   NONE
908@   816-724-7117-C /P1
   *  CONTACTTEXT
```

```
    313CBC
    CTC- P
    0910 IW  800P 26MAY2022 ITN
AD    DOB-        1996/P1
AD    DOB-        1981/P2
AD    DOB-        1983/P3
AD    DOB-        1987/P4
AD    DOB-        1965/P5
AD    DOB-        1962/P6
  0910 IW   800P  26MAY ITN
*
OS   1      4 C  KCY-CHI   728A MO 27JUN  250P  27JUN  YB          HK8
OS   2      3 C  CHI-KCY   250P WE 29JUN 1000P  29JUN  YB          HK8
C$ VI *************9226 $1092.00  CHARGED  313CBC2000
XH  02JUN 2022
  0747 IW   800P  26MAY ITN
*
TK RECEIPT PRINTED - PURCHASE
TK TDD EMAIL    - TITIPHAM996@YAHOO.COM
  0910 IW   800P  26MAY ITN AW00
*
TK TDD EMAIL    - VYTRUCPHAM123456@GMAIL.COM
TK TDD EMAIL    - PHANSHAUN@YAHOO.COM
  0910 IW   800P  26MAY ITN AW00
*
TK TDD PRINT
  9741 ST   452A 27JUN KCY AW00
*
XD   RMK-     190ACN * INFO SENT TRN: 0004 BOARDING: 6/27/2022 14:50:00 PM
XD   RMK-     ACN * DISP: EMAIL SENT - 2022-06-27 06:28:00 ET
  0024 IW   506A  27JUN RCR AW00
*
XD   RMK-     106ACN * INFO SENT TRN: 4 BOARDING: 6/27/2022 07:28:00 AM
XD   RMK-     ACN * DISP: EMAIL SENT - 2022-06-27 08:06:55 ET
  0024 IW   508A  27JUN RCR AW00
*
XH  27JUN 2022
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:6254
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   924A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:6205
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   924A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:6239
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   924A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:6262
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   924A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:6213
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   924A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:6247
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   924A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:6270
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   924A  27JUN ETK
```

```
*
TK TKLF SCN    LIFTED ON TRAIN:4     INDEX DATE:25JUN22   TKT:6221
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS    924A  27JUN ETK
*
```