```
***  ELECTRONIC TICKET  ***        *** EMAIL TD SENT 28JUN ***

1FA037      RR HL 04JUL   CTC-P          228.00/

-01@ HOLSAPPLE/KIM

-02@ COOK/ROCHELLE

-03@ MAGIN/PAULINE

-04@ POWERS/TIFFANY

TRIP   1 *

301@ T SEG #  1 BASIS   4F /P1-4

   * AP  E07R  RAIL FARE     228.00

 NO ACTIVE ITINERARY

101@  IK************9342-10/24

  * KIM R HOLSAPPLE

5009@ EMAIL -

     I-KIMHOLSAPPLE66@GMAIL.COM

5010@    BETTY_BOOPIS@HOTMAIL.COM

5011@ NOTIFY - C 00 HOUR 30 MINS

5018@ BILLING-   KIM R HOLSAPPLE

         30050 W 84TH STREET

          DE SOTO,KS,66018

5023@ TICKET-   FIRST CASE SET UP CASE 6057239 - KIM HOLSAPPLE 28JUN/9270 RCR

5012@ REMARK-

   TCVERSION_TCTIMESTAMP:2.9.15~05-MAY-22 21.41.19.605 PM

5013@CREATED BY INTERNET

5014@IPADDRESS/2607:FB90:1A1C:F09C:B97B:BAE:DFFE:B7B3, 184.31.1.47,

5015@ 23.215.130.237, 10.0.143.121

5016@OMNICHANNEL:INTERNET:VERSION-

5020@00807509:TRN 4(25) IS DELAYED 3+ HOURS. CHECK TS FOR UPDATES.

5021@106ACN * INFO SENT TRN: 4 BOARDING: 6/27/2022 07:28:00 AM

5022@ACN * DISP: ANSWERING MACHINE DROPPED, NO MESSAGE - 2022-06-27 07:07:14
```



EXHIBIT 16

5019@ ZIPCODE- 66018

5001@ DOB-        1966/P1

5002@         1964/P2

5003@         1945/P3

5004@         1984/P4

5005@ M INIT - R/P1

5006@      D/P2

5007@      A/P3

5008@      N/P4

7002@ EKT 1250637595638 SEG #1 IK   $57.00    /P1 EL1237ETK27JUN0923A

7003@ EKT 1250637595646 SEG #1 IK   $57.00    /P2 EL1237ETK27JUN0923A

7004@ EKT 1250637595653 SEG #1 IK   $57.00    /P3 EL1237ETK27JUN0923A

7005@ EKT 1250637595661 SEG #1 IK   $57.00    /P4 EL1237ETK27JUN0923A

901@@ 913-963-7804-C /P2

 * C

902@ 913-961-3915-C /P3

 * C

903@ 913-271-3969-C /P4

 * C

904@ 816-929-5189-C /P1

 * CONTACTTEXT


1FA037

  CTC- P

  0910 IW  641P 05MAY2022 ITN

AD   DOB-        1966/P1

AD   DOB-        1964/P2

AD   DOB-        1945/P3

AD   DOB-        1984/P4

```
  0910 IW   641P  05MAY ITN
*
OS   1     4 C  KCY-CHI  728A MO 27JUN  250P  27JUN  YE       HK4
OS   2     3 C  CHI-KCY  250P TH 30JUN 1000P  30JUN  YE       HK4
C$ IK *************9342 $456.00  CHARGED  1FA0371841
XH  12MAY 2022
  0637 IW   641P  05MAY ITN
*
TK RECEIPT PRINTED - PURCHASE
TK TDD EMAIL    - KIMHOLSAPPLE66@GMAIL.COM
  0910 IW   641P  05MAY ITN AW00
*
XD    RMK-     106ACN * INFO SENT TRN: 4 BOARDING: 6/27/2022 07:28:00 AM
XD    RMK-     ACN * DISP: EMAIL SENT - 2022-06-27 08:06:55 ET
  0024 IW   508A  27JUN RCR AW00
*
XH  27JUN 2022
TK TKLF SCN   LIFTED ON TRAIN:4   INDEX DATE:25JUN22  TKT:5638
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   923A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4   INDEX DATE:25JUN22  TKT:5646
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   923A  27JUN ETK
*
TK TKLF SCN   LIFTED ON TRAIN:4   INDEX DATE:25JUN22  TKT:5653
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
  0925 WS   923A  27JUN ETK
*
```

```
TK TKLF SCN   LIFTED ON TRAIN:4    INDEX DATE:25JUN22  TKT:5661
TK TKLF TRIP:001 ORG:KCY DST:CHI PSGR CNT:001  # RIDES DECR:001
 0925 WS   923A  27JUN ETK
*
XS   2      3 C  CHI-KCY  250P TH 30JUN 1000P  30JUN  YE       HK4
X$    SEG #    2  BASIS  4F
   * AP  E07R   RAIL FARE   228.00
HOLSAPPLE/KIM
COOK/ROCHELLE
MAGIN/PAULINE
POWERS/TIFFANY
C$ IK *************9342  $228.00  REFUNDED 1FA0370832
XH  NONE
 6102 SD   832A  28JUN RCF Z585
*
TK RECEIPT PRINTED - REFUND
TK TDD EMAIL   - KIMHOLSAPPLE66@GMAIL.COM
TK TDD EMAIL   - BETTY_BOOPIS@HOTMAIL.COM
 6102 SD   833A  28JUN RCF AW00
*
COMPLETED TRAVEL
 1      4 C KCY-CHI  728A  MO   27JUN  250P  27JUN  YE       HK4
```