# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-CV-00068-RLW |
| PAULINE MAGIN, et al., | ) |
| Defendants. | ) |

## BNSF RAILWAY COMPANY'S REQUEST FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF PAGE LIMIT

Pursuant to Local Rule 4.01(D), BNSF Railway Company respectfully requests leave to file a reply memorandum in support of its First Motion for Partial Summary Judgment (Doc. 77) that exceeds fifteen (15) pages. The memorandum BNSF seeks to file – exclusive of the Table of Contents, Table of Authorities, signature page, and attachments – is 22 pages.

BNSF's First Motion for Partial Summary Judgment is intended to be dispositive of its action against eight of the defendants – Angelika Salazar, Ngoc Pham, Estevan Carreon, Tami Lakey, Kimberly Howard, Noel Lucero, Sherri Schwanz, and Allen Gallaway (the "Signatory Passengers"). In its original memorandum (Doc. 78) of 29 pages, BNSF explained how these Signatory Passengers are similarly situated and how the same legal principles necessitate judgment as a matter of law in favor of BNSF. The Signatory Passengers responded with a Memorandum in Opposition (Doc. 84) of 39 pages. Accordingly, BNSF respectfully submits it is appropriate for its reply memorandum to exceed the 15-page limit.

BNSF has attached its Reply Memorandum in Support of its First Motion for Partial Summary Judgment to this Motion.

{00226738.DOCX}

Respectfully submitted,

  /s/ Sean P. Hamer
Sean P. Hamer         MO # 48153
Scott R. Ast          MO # 51699
Paula Brown           MO # 45870
Alex A. McKenna       MO # 72024
SCHARNHORST AST KENNARD GRIFFIN, P.C.
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
T: (816) 268-9400/F: (816) 268-9409
Email: shamer@sakg.com
       sast@sakg.com
       pbrown@sakg.com
       amckenna@sakg.com

Mark S. Landman  (*Pro Hac Vice Pending*)
John A. Bonventre (*Pro Hac Vice Pending*)
LANDMAN CORSI BALLAINE & FORD, P.C.
120 Broadway, 13th Floor
New York, New York 10271
T: (212) 238-4800/F: (212) 238-4848
Email: mlandman@lcbf.com
Email:  jbonventre@lcbf.com

*Attorneys for BNSF Railway Company*

## **CERTIFICATE OF SERVICE**

      I certify that on the 24th day of February 2023, a true and accurate copy of the foregoing was filed through the Court's electronic filing system, which will serve notification upon all interested parties.

                                                               _/s/ Sean P. Hamer_  
                                                               Attorney